■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND RICO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFTON ASKEN, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY M. LUCASIK, Appellant. (D) MICHAEL KANE, Appellant, v. CHAIRMAN OF THE WORKMEN'S COMPENSATION BOARD, Respondent. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH F. LA SHOMBE, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK EGITTO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions in all other respects denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEONARD STANLEY, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Jesse Perlmutter, Esq., 165 Broadway, New York 6, N. Y., is hereby assigned as counsel.

■ In the Matter of STANLEY PATREK, Appellant, v. PAUL D. MCGINNIS, as Commissioner of Correction, et al., Respondents.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Frances Kahn, Esq., 401 Broadway, New York 13, N. Y., is hereby assigned as counsel.

## (December 19, 1961)

■ In the Matter of JOSEPH P. MANGAN, an Attorney, Respondent.— Respondent was admitted to practice law in this State by this court on January 18, 1949. A certified copy of a judgment of the Broome County Court discloses he was convicted of two counts of grand larceny, first degree, and one count of grand larceny, second degree, upon his plea of guilty, and was sentenced on November 20, 1961 to serve concurrent terms of imprisonment in the Broome County Jail. The crimes are felonies. Respondent is no longer competent to practice law. (Judiciary Law, § 90, subd. 4.) Respondent's name is ordered to be stricken from the roll of attorneys. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.